IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE VIEW, INC. DERIVATIVE LITIGATION | C.A. No. 21-1719-GBW (Consolidated) |

### DEFENDANT VIEW, INC.'S SUGGESTION OF BANKRUPTCY

**PLEASE TAKE NOTICE** that on April 2, 2024, nominal defendant View, Inc and certain affiliated subsidiaries (collectively, the "Debtors") filed a voluntary petition for relief under chapter 11 of the United States Bankruptcy Code (the "Bankruptcy Code"), 11 U.S.C. § 1101 *et seq.*, in the United States Bankruptcy Court for the District of Delaware.[1]  The Debtors' consolidated chapter 11 case is pending before the Honorable Craig T. Goldblatt, United States Bankruptcy Judge, captioned *In re View, Inc.*, Case No. 24-10692 (Bankr. D. Del.) ("Chapter 11 Case"). A copy of the voluntary petition is attached hereto as **Exhibit A**.

**PLEASE TAKE FURTHER NOTICE** that pursuant to section 362(a) of the Bankruptcy Code, the Debtors' filing of their voluntary petitions operates as a stay, applicable to all entities, of, among other things: (a) the commencement or continuation of all judicial, administrative, or other actions or proceedings against View, Inc. (or any other Debtor) (i) that was or could have been commenced before

---

[1] Pursuant to the parties' stipulation, the Court ordered this case stayed on September 30, 2022.

the commencement of the Chapter 11 Case or (ii) to recover any claims against View, Inc. (or any other Debtor) that arose before the commencement of the Chapter 11 Case or cases; (b) the enforcement, against View, Inc. (or any other Debtor) or against any property of the Debtors' bankruptcy estate, of a judgment obtained before the commencement of the Chapter 11 Case; and (c) any act to obtain possession of property of or from the Debtors' bankruptcy estate, or to exercise control over property of the Debtors' bankruptcy estate.  No order has been entered in the Chapter 11 Case granting relief from the automatic stay with respect to the above-captioned case.

|  |  |
|---|---|
| | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| OF COUNSEL:<br><br>John M. Gildersleeve, Esquire<br>MUNGER, TOLLES & OLSON LLP<br>350 South Grand Avenue, 50th Floor<br>Los Angeles, CA 90017-3426<br>(213) 683-9241 | /s/  R. Judson Scaggs, Jr.<br>R. Judson Scaggs, Jr. (#2676)<br>1201 North Market Street<br>Wilmington, DE  19801<br>(302) 658-9200<br>*Attorneys for Defendants Rao Mulpuri, Nigel Gormly, Harold Hughes, Tom Leppert, Toby Cosgrove, Lisa Picard, and Julie Larson-Green, and Nominal Defendant View,Inc.* |

April 10, 2024