IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE VIEW, INC. DERIVATIVE LITIGATION | C.A. No. 21-1719-GBW (Consolidated) |

**JOINT STIPULATION AND [PROPOSED] ORDER VOLUNTARILY DISMISSING ACTION PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 23.1 AND 41**

Plaintiffs Matthew Jacobson, Anil Damidi, and James Monteleone ("Plaintiffs"), Defendants Rao Mulpuri, Vidul Prakash, Nigel Gormly, Harold Hughes, Tom Leppert, Toby Cosgrove, Lisa Picard, and Julie Larson-Green ("Individual Defendants"), and Nominal Defendant View, Inc. ("View," and collectively, the "Parties"), by and through their undersigned counsel, hereby stipulate and agree as follows and jointly request that the Court enter this Stipulation as an Order.

WHEREAS, on September 30, 2022, the Court consolidated three actions by Plaintiffs that asserted claims derivatively on behalf of View against the Individual Defendants into this action (the "Consolidated Action");

WHEREAS, on September 30, 2022, the Court also granted the Parties' stipulation to stay this Consolidated Action pending a ruling on the motion to dismiss a related securities class action captioned *Mehedi et al. v. View, Inc. f/k/a CF Finance Acquisition Corp. II et al.*, C.A. No. 21-6374 (N.D. Cal.);

WHEREAS, on April 2, 2024, View and its affiliate companies filed voluntary petitions for relief in federal bankruptcy court in the District of Delaware under chapter 11 of the United States Bankruptcy Code (the "Bankruptcy");

WHEREAS, on April 10, 2024, View filed a Suggestion of Bankruptcy (D.I. 9);

WHEREAS, following its Bankruptcy, View is now a privately-held company, such that Plaintiffs and those that held shares of stock of View before the Bankruptcy are no longer shareholders of View;

WHEREAS, after due consideration, Plaintiffs seek to voluntarily dismiss the Consolidated Action pursuant to Rules 23.1(c) and 41(a) of the Federal Rules of Civil Procedure, without prejudice as to Plaintiffs, View, and/or any other View shareholder;

WHEREAS, the Parties agree that the dismissal is not, and shall not be deemed to be, an adjudication of the Consolidated Action on the merits, and that each Party shall bear its own fees and costs incurred in connection with the Consolidated Action; and

WHEREAS, the Parties agree and respectfully submit that notice to View's former shareholders of this dismissal is unnecessary here because: (i) the dismissal is without prejudice to the ability of any View shareholder, or View itself, to pursue the claims; (ii) there has been no settlement or compromise of the

Consolidated Action; (iii) there has been no collusion among the Parties; and (iv) neither Plaintiffs nor their counsel have received or will receive directly or indirectly any consideration from Defendants for the dismissal.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the Parties, through their undersigned counsel and subject to approval of the Court, as follows:

1. This Consolidated Action shall be dismissed without prejudice as to Plaintiffs, View, and/or any other View shareholder.

2. The Parties shall bear their own fees and costs in connection with the Action.

| BIELLI & KLAUDER, LLC | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|---|---|
| /s/ Ryan M. Ernst | |
| Ryan M. Ernst (No. 4788) | /s/ R. Judson Scaggs, Jr. |
| 1204 N. Market Street | R. Judson Scaggs, Jr. (No. 2676) |
| Wilmington, DE 19801 | 1201 North Market Street |
| 302-321-5411 | Wilmington, DE 19801 |
| rernst@bk-legal.com | (302) 658-9200 |
| *[Proposed] Liaison Counsel for Plaintiffs* | rscaggs@morrisnichols.com |
| | *Attorneys for Defendants Rao Mulpuri, Nigel Gormly, Harold Hughes, Tom Leppert, Toby Cosgrove, Lisa Picard, and Julie Larson-Green, and Nominal Defendant View, Inc.* |
| OF COUNSEL: | |
| | OF COUNSEL: |
| GAINEY McKENNA & EGLESTON | |
| Gregory M. Egleston | |
| 260 Madison Avenue, 22nd Floor | |
| New York, NY 10016 | |
| Telephone: (212) 983-1300 | John M. Gildersleeve, Esquire |
| Facsimile: (212) 983-0383 | MUNGER, TOLLES & OLSON LLP |
| gegleston@gme-law.com | 350 South Grand Avenue, 50th Floor |

RIGRODSKY LAW, P.A.

/s/ Herbert W. Mondros
Seth D. Rigrodsky (No. 3147)
Gina M. Serra (No. 5387)
Herbert W. Mondros (No. 3308)
1007 N. Orange Street
Suite 453
Wilmington, DE 19801
302-295-5306
sdr@rl-legal.com
gms@rl-legal.com
hwm@rl-legal.com
  *[Proposed] Co-Lead Counsel for Plaintiffs*

Los Angeles, CA 90017-3426
(213) 683-9241

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Elena C. Norman
Elena C. Norman (No. 4780)
Anne Shea Gaza (No. 4093)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
enorman@ycst.com
agaza@ycst.com
  *Attorneys for Defendant Vidul Prakash*

SO ORDERED this _____ day of _____, 2024.

_____
The Honorable Gregory B. Williams
United States District Judge